# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY RUBIN and MAUREEN I. FELLER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LANCASTER, <br><br> Defendant. | CASE NO. CV 10-4046 DSF (JCx) <br><br> JUDGMENT FOR DEFENDANT AFTER COURT TRIAL |

The Court having conducted a trial of this case, having reviewed the evidence submitted by the parties, and having issued its Findings of Fact and Conclusions of Law After Court Trial, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against Plaintiffs and in favor of Defendant, that the Plaintiffs take nothing, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

Dated: July 11, 2011

_____
Dale S. Fischer
United States District Judge